UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ODALYS T. MORALES                                   CASE NO.: 17-15828-LMI
*aka* ODALYS MORALES                                CHAPTER: 13

    Debtor.
_____/

## OBJECTION TO CHAPTER 13 PLAN

**JPMorgan Chase Bank, National Association,** ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE #2] and states as follows:

1) Creditor holds a lien on the following property: 1230 W. 54 Street 218A Hialeah, Florida 33012 (the "Subject Property") (Loan No. 6046)

2) Creditor intends to file a timely Proof of Claim. Creditor estimates a secured amount of $114,526.32 and an ongoing post-petition payment of $341.81.

3) The Debtors' Chapter 13 Plan fails to provide for Creditor's secure claim.

4) Creditor objects to the proposed Plan treatment, and requires some sort of treatment through the plan, or language providing that the Subject Loan will be treated direct and outside.

5) Creditor reserves the right to amend this Objection.

WHEREFORE, **JPMorgan Chase Bank, National Association** respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

                                              /s/Scott Lewis, Esq.
                                      Scott C. Lewis, Esq.
                                      FBN 112064
                                      813-221-4743 ext. 2603

                                      **Albertelli Law**
                                      Attorney for Secured Creditor
                                      PO Box 23028
                                      Tampa, FL 33623
                                      Facsimile: (813) 221-9171
                                      bkfl@albertellilaw.com

ALAW FILE NO. 17-012496

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2017, I served a copy of the foregoing upon:

**SERVICE LIST**

Odalys T. Morales
1230 W 54th Street #218A
Hialeah, FL 33012-9008

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130


/s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 17-012496