RE: Odalys T. Morales _____          **PRO SE**          Case # 17-15828 LMI _____

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

✓ Tax returns: 2015- sch C

✓ Bank ' count Statements    3 months pre-petition

#1 42 (5/1-5/9/17) _____

____ Check copy _____

✓ Explain W/D  2/23 $6000 _____

___ FMV(NADA/Carmax), Reg and Payoff:Vehicles_____

___ FMV and Payoff: Real Estate_____

___ Non homestead Information Sheet

___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**

___ BDQ & attachments    Profit & Loss    Balance Sheet

___ Bank statements and checks    3 months _____

___ Photo ID(s)    LF 90    LF67    LF10

___ Domestic Support Info: name address and phone

___ Affidavit of Support

✓ 2016(B), SOFA #16 and Plan do not match

___ Other provisions

___ Plan does not fund

___ Calculation errors/improper months _____

___ Valuation motion has not been filed

___ LMM/MMM motion not filed

___ Reaffirm, redeem or surrender Sch D & G creditor

___ Creditor on plan not listed in Schedules or no filed POC

___ Priority debt on Sch E not in plan

___ Object or Conform to Proof of Claim

___ Miami-Dade County    ___ Tax Certificate(DE#___)

___ Dept of Revenue    ___ IRS

_____ -

___ Other: _____

___ Fee application (see court guideline 6)

___ Income understated _____ stubs _____ taxes

___ co-debtor _____ stubs _____ taxes

___ Spouse's pay advices/spouse's wages not disclosed

___ Proof of household size (government ID w/ address) and income of all adults

___ Best effort < 36 months < 60 months

___ Expenses objectionable: Sch J ☐ Provide Proof

☒ D/I > 100%  < 90%  Feasibility
___ Info on transfer SOFA _____ undisclosed
___ Tolling Agreement(s)  $6,000 TO Sarah martin
add TO Chp 7.

Other: _____

___ **Objection to Exemption (specifics to be filed)**
___ To be heard with confirmation at 1:30 pm
✓ Ch 7 s/b 7926 _____ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line
_____
_____
_____
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $_____
___ Undervalued collateral should be crammed down

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

***IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.*** **The Trustee's calendar will be published prior to the confirmation** hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on  6/22/17  to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027