UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Odalys T Morales,                                   Case No. 17-15828-LMI
      Debtor(s)                                   Chapter 13
_____/

**DEBTOR'S MOTION TO ALLOW EARLY PAYOFF OF UNDER-MEDIAN CHAPTER 13 CASE AND REQUEST FOR APPROVAL OF ATTORNEY'S FEES AND COSTS**

**COMES NOW,** the Debtor, Odalys T. Morales, by and through the undersigned counsel, and files this Motion to Allow Early Payoff of Under-Median Chapter 13 Case and Request for Approval of Attorney's Fees and Costs and as grounds states as follows:

1. On May 9, 2017, (the "Petition Date"), the Debtor filed a petition for relief under chapter 13 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, Miami Division (the "Court").

2. The Debtor's chapter 13 plan (the "Plan") [ECF No. 2] was confirmed pursuant to the Court's order dated July 24, 2017 [ECF No. 27].

3. The Debtor's Plan provided for payments of $148.42 for 60 months to provide, inter alia, for Attorney's fees and general unsecured claims.

4. The chapter 13 trustee's ledger reflects that the Debtor has paid in the sum of $5,343.12.

5. The Debtor's unsecured creditors have already received a total of $3,208.50.

6. As of the date of the filing of the instant Motion, the Debtor is on month 38 of the plan and therefore the Debtor has already met the 36-month commitment period.

7. The Debtor has not been able to work during this year since she was diagnosed with a serious condition that prevents her from working.

8. The undersigned attorney requests approval of the fee of $525.00 paid by Debtor for services related to the preparation and filing of this motion.

**WHEREFORE**, the Debtor, through the undersigned counsel, respectfully requests that this Honorable Court enter an Order (i) Granting Debtor's Motion and allowing her to pay off her under-median chapter 13 case early, (ii) allow attorney's fees and costs in the amount of $525; and (iii) such relief consistent with this request for relief.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail on July 13, 2020: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By:*/s/ Robert Sanchez*_____
   Robert Sanchez, Esq., FBN#0442161